## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*February 9, 2010*
*M. Holmes*

UNITED STATES OF AMERICA       :     CASE NO. 3:10CR**43**(CFD)

                        :

       v.                    :     VIOLATIONS:

                        :

ANGELIQUE MULLINGS         :         18 U.S.C. § 1341
    a/k/a Angelique Eubanks,      :            (Mail Fraud)
    a/k/a Angelique Scott,        :
    a/k/a Angelique Mullins,       :        18 U.S.C. § 1028A
    a/k/a Angelique Sales,        :            (Aggravated Identity Theft)
    a/k/a Angelique Salis.        :

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE (Mail Fraud)
### 18 U.S.C. § 1341

1.     From 2007, and continuing until about May, 2009, the defendant ANGELIQUE

MULLINGS worked for WellPoint, Inc., a licensee of Blue Cross and Blue Shield ("Anthem").

In the course of her employment, the defendant had access to personal identifying information

(including names, dates of birth, social security numbers, and home addresses) of actual

individuals associated or affiliated with Anthem.

2.     Beginning on or about April 9, 2009, and continuing to on or about May 27, 2009,

in the District of Connecticut, MULLINGS knowingly and intentionally devised a scheme and

artifice to defraud, and for obtaining property by means of materially false and fraudulent

pretenses, representations, and promises.

3.     In furtherance of the scheme to defraud, MULLINGS, without lawful authority,

used the personal identifying information of multiple victims and knowingly and intentionally

opened fraudulent and fictitious e-mail accounts using that information. Using those fraudulent

e-mail accounts, the names of the victims, and MULLINGS's home address or another address to

which she had access, MULLINGS ordered cellular phones via the internet from AT&T postpaid,

meaning that AT&T or its representatives addressed and mailed the ordered merchandise to the

victims and billed them later. In all instances, the victims did not authorize MULLINGS to order

the merchandise in their names or to open e-mail accounts with their personal identifying

information.

      4.      At the time she ordered each of the phones, the defendant knew that she was

defrauding AT&T, knew that she was using the personal identifying information of another

actual individual, and knew that the fraudulently obtained merchandise would be sent via the

U.S. Postal Mail or an interstate mail carrier, in furtherance of the scheme to defraud.

      5.      On or about May 21, 2009, the defendant, for the purpose of executing the above-

described scheme and artifice, and attempting so to do, caused to be deposited any matter and

thing, to wit, a package containing a Pantech CT810 phone, to be sent and delivered by a

commercial interstate carrier, to wit, UPS, to her home address at 86 Stevens Avenue, West

Haven, Connecticut, in the name of C.S., and took and received therefrom any such thing and

matter, and knowingly caused to be delivered by such carrier according to the direction thereon.

      All in violation of Title 18, United States Code, Section 1341.

2

## COUNT TWO (Aggravated Identity Theft)
18 U.S.C. § 1028A

On or about May 21, 2009, in the District of Connecticut, the defendant ANGELIQUE

MULLINGS, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to

wit, mail fraud as alleged in Count One of this information, knowingly transferred, possessed,

and used, without lawful authority, a means of identification of another actual person, to wit, the

name of the victim identified in Count One of this information.

In violation of Title 18, United States Code, Section 1028A(a)(1).


UNITED STATES OF AMERICA

NORA R. DANNEHY
UNITED STATES ATTORNEY


ANTHONY E. KAPLAN
SUPERVISORY ASSISTANT U.S. ATTORNEY


DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY