## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Docket No. |
| v. | 3:10 CR 43 (CFD) |
| ANGELIQUE MULLINGS | |

### RESTITUTION ORDER

The defendant, having been convicted of mail fraud, in violation of Section 1341 of Title 18 of the United States Code, and of aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, is ORDERED as part of her sentence imposed by the Court on May 10, 2010 to make full restitution in the amount of **$2,914.95**. Restitution is to be paid at the rate of $100 per month beginning during the defendant's period of supervised release. Payment shall be made to the Clerk's Office, which will distribute restitution to the victim, AT&T.

It is further ORDERED that the requirement for interest and penalties as provided in Title 18 U.S.C. §§ 3612(f)(3), 3612(d) and (e), and 3572(h) and (i), is WAIVED.

In determining the amount of restitution, the Court has considered the amount of loss sustained by the victim as a result of the offense, the financial resources and other assets of the defendant, the projected future earnings and other income of the defendant, and the current and projected future financial obligations of the defendant. See 18 U.S.C. § 3664.

It is further ORDERED that the defendant shall notify the Court of any material change in her economic circumstances that might affect the defendant's ability to pay the restitution.

SO ORDERED this 12th day of May 2010, at Hartford, Connecticut.

/s/ Christopher F. Droney, USDJ
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE